**Order entered June 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00389-CV

### LIBERTY FEDERAL SAVINGS BANK, Appellant

### V.

### 2908 LOVERS LANE ENTERPRISES, LLC, SAEED MAHBOUBI, AND JAFAR MAHBOUBI, Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-00946**

## ORDER

Before the Court is appellees' June 7, 2016 motion for extension of time to file appellees'

brief . In the motion, appellees request an extension of time until June 17, 2016. Appellees'

motion is **GRANTED**. Appellees' brief shall be filed by **June 17, 2016**.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE